**Ronald G. Russo**
Of Counsel

212 344-5400 Ext. 323
rrusso@schlamstone.com

**Schlam Stone & Dolan LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

February 5, 2024

BY PACER

Honorable Dale E. Ho
United States Court House
Southern District of New York
40 Foley Street
New York, NY 10007

Re:   *U.S. v. Jose Garcia, et al.* Case No.: 24-cr-23 (DEO)

> Application **GRANTED**.
>
> The travel restriction in the Defendant's terms of release shall be modified to permit travel to St. Louis, MO from February 16-19. The Clerk of Court is respectfully directed to terminate ECF No. 40.
>
> SO ORDERED.
>
> Dale E. Ho
> U.S. District Judge
> Dated: February 6, 2024
> New York, New York

Dear Judge Ho:

The Court's file will reflect that I represent Mr. Jose Garcia in the referenced matter.  In addition to the bail limits set by the Court on January 26, my client respectfully asks the Court's permission to accompany his daughter to St. Louis, MO where she is scheduled to play in a hockey tournament.  If permitted, he and his daughter will travel from February 16 – February 19 (President's Day) where his daughter will play in the NGHL Blue Championship Tournament (STL).  They will stay at the Doubletree by Hilton Hotel in St. Louis – Chesterfield, checking in on Friday, February 16, and checking out and returning on Monday, February 19.

I have spoken with both AUSA Michael Neff and Probation Officer Mayer.  Neither has any objection.  Accordingly, I request that the Court enter an Order so modifying Mr. Garcia's travel limits.

Respectfully submitted,

Ronald G. Russo

Copies To:
Michael Neff, Assistant U.S. Attorney
Meherun Mayer, U.S. Probation Officer