LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM  
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511  
FACSIMILE: (212) 248-2866

March 7, 2024

The Honorable Dale E. Ho  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:  United States v. Jose Garcia, *et al.*  
24 CR 23 (DEH)

Dear Judge Ho:

With apologies for this eleventh hour letter motion, I respectfully request on behalf of Jose Garcia, a modification of bail to permit travel.

Mr. Cox seeks the Court's permission to accompany his daughter to Woodbridge, VA where she is scheduled to play in a hockey tournament. If permitted, he and his daughter will travel from March 8 to March 10. They will be staying at The Courtyard Marriott in Potomac Mills, Woodbridge, Virginia.

We have spoken with both AUSA Michael Neff and Probation Officer Mayer. Neither has any objection. Accordingly, we request that the Court enter an Order so modifying Mr. Garcia's travel limits.

Respectfully submitted,

David Wikstrom

Application GRANTED.

Mr. Garcia is allowed to travel to Woodbridge, VA between March 8, 2024 through March 10, 2024 for the purpose of attending his daughter's hockey tournament. The Clerk of Court is respectfully requested to close ECF No. 57.

SO ORDERED.

Dale E. Ho  
U.S. District Judge  
Dated: March 7, 2024  
New York, New York