**MEMO ENDORSED** <pre>Case 1:24-cr-00023-DEH   Document 70   Filed 05/10/24   Page 1 of 1</pre>

LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM  
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511  
FACSIMILE: (212) 248-2866

May 10, 2024

*Application GRANTED. Mr. Garcia may travel with his family to Kattelville Cemetery on Sunday, May 12, 2024. The Clerk of Court is respectfully requested to close ECF No. 69.*

*SO ORDERED.*

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Dale E. Ho*
*United States District Judge*
*Dated: May 10, 2024*
*New York, New York*

Re:  United States v. Jose Garcia, *et al.*
 24 CR 23 (DEH)

Dear Judge Ho:

With apologies for this eleventh hour letter motion, I respectfully request on behalf of Jose Garcia a modification of bail to permit travel, as set forth below. The request is consented to by both Government counsel and by Pretrial Services Officer Meherun Mayer.

Mr. Garcia seeks the Court's permission to accompany his wife and children to Binghamton NY, to visit the grave of his mother-in-law, which is located at Kattellville NY, in the Northern District of New York. If permitted, he and his family will travel from New York early Sunday morning, and return by the end of the day.

The Court has already approved the related application of Mr. Garcia's wife, Michelle Cox (*see* ECF No. 68, 05/07/2024), and I respectfully request that the Court likewise approve Mr. Garcia's application.

Respectfully submitted,

David Wikstrom