

LAW OFFICES
## DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM  
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511  
FACSIMILE: (212) 248-2866

May 16, 2024

The Honorable Dale E. Ho  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**Application GRANTED.** Mr. Garcia may travel with his family to MetLife Stadium on Friday, May 17, 2024. The Clerk of Court is respectfully requested to terminate ECF No. 72.
**SO ORDERED.**

Dale E. Ho  
United States District Judge  
Dated: May 16, 2024  
New York, New York

Re: <u>United States v. Jose Garcia, *et al.*</u>
    24 CR 23 (DEH)

Dear Judge Ho:

By this letter motion, I respectfully request on behalf of Jose Garcia a modification of bail to permit travel, as set forth below. The request is consented to by both Government counsel and by Pretrial Services Officer Meherun Mayer.

Mr. Garcia seeks to take his daughter and daughter's two friends to a concert at MetLife Stadium in East Rutherford, N.J. on ~~Saturday, May 18, 2024~~ Friday, May 17, 2024 from 6:30 to 11:30 p.m. Mr. Garcia's wife and codefendant, Michelle Cox, yesterday file the same application (ECF No. 71), so that both parents may go.

I thank the Court for its consideration and assistance.

Respectfully submitted,

David Wikstrom
