UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　v.<br><br>JOSE GARCIA,<br>　　　　　　　　　Defendant. | 24-CR-23-3 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **January 24, 2025, at 11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

　　SO ORDERED.

Dated: January 13, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge