UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 24-CR-23-3 (DEH) |
| JOSE GARCIA, | REVISED SCHEDULING ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for January 24, 2025, at 11:00 a.m., is RESCHEDULED for **January 24, 2025, at 3:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 22, 2025
New York, New York

_____
DALE E. HO
United States District Judge