UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.                                          24-CR-23-3 (DEH)

JOSE GARCIA,

                Judgment Debtor.

---

DALE E. HO, District Judge:

    WHEREAS, on or about January 16, 2024, Jose Garcia paid $10,000 to the Clerk of Court as and for his appearance bond, and those funds remain on deposit with the Clerk of Court;

    WHEREAS, on May 28, 2025, the Court sentenced Jose Garcia and ordered him to pay a $200 mandatory special assessment and $7,007,055 in restitution; and

    WHEREAS, the Government has moved pursuant to 18 U.S.C. §§ 3613, 3664(m) and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court toward the unpaid restitution balance;

    IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $10,000.00 bond deposit held on behalf Jose Garcia to partially satisfy his outstanding restitution obligation.  The Clerk of Court is respectfully directed to close ECF No. 171.

Dated:    September 17   , 2025
           New York, New York

                                                          HON. DALE E. HO
                                                          UNITED STATES DISTRICT JUDGE