Ronald G. Russo
Of Counsel


Schlam Stone
&Dolan LLP
26 Broadway, New York, NY 10004

**Filed via Pacer**

October 17, 2025

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall U.S. Courthouse
New York, New York 10007

Application **GRANTED**. The Probation Department is directed to return Defendant Jose Garcia's passport to his attorney Ronald G. Russo. **SO ORDERED.**

*/s/ Dale E. Ho*

Dated: October 17, 2025
New York, New York

Dale E. Ho
United States District Judge

Re: **United States v. Jose Garcia**, S2 24 Cr. 23 (DEH)

Dear Judge Ho:

I represent the defendant, Jose Garcia, in this prosecution. On May 28, 2025, the Court sentenced Mr. Garcia and on July 15, 2025 my client surrendered to commence service of his sentence.

At the time of my client's arraignment, Mr. Garcia surrendered his U.S. passport to the government. I respectfully request the Court enter an Order authorizing the Probation Department to return his passport to me. Neither the U.S. Attorney nor the Probation Department have any objection to this request.

Respectfully submitted,

Ronald G. Russo

Cc: Michael D. Neff
Timothy V. Capozzi
Assistant United States Attorney

Jorge Almonte
Special Assistant United States Attorney

So Ordered:

_____
Hon. Dale E. Ho